In the Matter of Morris BLEECKER et al. Bankrupts. Samuel SHINKMAN and Milton M. Berkowitz, Petitioners.

(Circuit Court of Appeals, Second Circuit. October 14, 1926.)

No. 7.

Petition to Revise Order of the District Court of the United States for the Southern District of New York.

Samuel Rose, of New York City (David Leavenworth, of New York City, of counsel), for petitioners.

Eugene L. Bondy and Bondy & Schloss, all of New York City, for respondent.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Order (14 F.[2d] 1018) affirmed in open court.